NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNM RAINFOREST INNOVATIONS,**
*Appellant*

**v.**

**ZYXEL COMMUNICATIONS CORP.,**
*Appellee*

———————————

2023-1296

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00377, IPR2021-00739.

———————————

**JUDGMENT**

———————————

CECIL E. KEY, DiMuroGinsberg, P.C., Tysons Corner, VA, argued for appellant. Also represented by JAY P. KESAN; MICHAEL W. SHORE, The Shore Firm, Dallas, TX.

JONATHAN IAIN MAX DETRIXHE, Reed Smith LLP, San Francisco, CA, argued for appellee. Also represented by PETER J. CHASSMAN, MICHAEL JOHN FORBES, Houston, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2024
Date

Jarrett B. Perlow
Clerk of Court